UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA BROWN,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>OFFICER GOMEZ, et al.,<br><br>　　　　Defendants | Case No. 2:23-cv-00777-JAD-BNW<br><br>ORDER |

Plaintiff Jessica Brown brings this civil-rights action under 42 U.S.C. § 1983, alleging that she twice was falsely arrested and imprisoned, and her constitutional rights were violated while she was detained at Clark County Detention Center ("CCDC"). ECF No. 1-1. Plaintiff filed an application to proceed *in forma pauperis* for an inmate. ECF No. 1. And she moves the Court to extend any deadlines in this case until she is placed on probation, which she expected to happen by August 2023. ECF No. 4.

According to the CCDC and Nevada Department of Corrections inmate databases, Plaintiff is no longer detained or incarcerated. But Plaintiff has not filed her updated address with this Court as required under the Local Rules. Nev. Loc. R. IA 3-1 (providing that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number" and failure to do so "may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court"). There were no pending deadlines when Plaintiff filed her motion seeking an extension of time. And her application to proceed *in forma pauperis* for an inmate is moot because she is not in custody.

For the foregoing reasons, it is ordered that Plaintiff will file her updated address with the Clerk of the Court on or before December 15, 2023.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 1) is denied as moot.

1      It is further ordered that Plaintiff has until December 15, 2023, to either pay the full $402 filing fee or file an application to proceed *in forma pauperis* for a non-inmate.

It is further ordered that Plaintiff's motion to extend time (ECF No. 4) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff Jessica M. Brown the approved form application to proceed *in forma pauperis* for a non-inmate, as well as the document titled information and instructions for filing an *in forma pauperis* application.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED THIS 15 day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE